UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Christopher Lockhart,

    vs

Vital Recovery Services, Inc.,

**NOTICE**

Case Number:  2: 10-cv-0659
Judge  Watson

Magistrate Judge Abel

**[X]  TAKE NOTICE** of a **PRELIMINARY PRETRIAL CONFERENCE**:

**Judge:**    ABEL

**Participants:**  Trial Counsel.  Parties Welcome.

**Place:**    United States District Court    **Room Number 218**
         85 Marconi Boulevard
         Columbus, Ohio 43215

**Date/Time:**   October 7, 2010 at 10:30 AM

# CHANGE IN PRACTICE:

- You must hold a Conference of the Parties on or before **September 16, 2010.**
- You must file a Report of the Parties with the Court on **September 30, 2010.**

> **Rule 26(f) Form, General Order on Pretrial and General Order on Settlement Week in Adobe format can be accessed through http://www.ohsd.uscourts.gov/judges/fpabel.htm. A WordPerfect file of the Rule 26(f) Report of Parties Form Notice can be obtained by e-mailing Spencer_Harris@ohsd.uscourts.gov**

**PLEASE NOTE:**  Magistrate Judge Abel prefers to meet in person with counsel.  The Court is willing to re-schedule to a date on which it is more convenient for counsel to travel to Columbus. If travel to Columbus is not practicable, and **ALL PARTIES AGREE**, you may request a telephone pretrial by calling  Mr. Harris.

Mark R. Abel
United States Magistrate Judge

Date:  September 3, 2010

s/Spencer D. Harris
Spencer D. Harris/Courtroom Deputy
(614) 719-3027

Counsel are listed on the back of this Notice.  If you are aware of any parties not included in this Notice, please call Spencer Harris immediately.

**E-mailed to:**   Peter Cozmyk, Jesse Lipcius, Paul Cosgrove