UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION- COLUMBUS

| | | |
|---|---|---|
| CHRISTOPHER LOCKHART ) | | |
| 108 Leisure Drive ) | | |
| Pickerington, OH 43147 ) | | |
| ) | | |
| Plaintiff, ) | No. 2:10-cv-00659 | |
| ) | | |
| vs. ) | NOTICE OF SETTLEMENT | |
| ) | | |
| VITAL RECOVERY SERVICES, INC. ) | | |
| 3795 Data Drive Suite 200 ) | | |
| Norcross, GA30092 ) | | |
| ) | | |
| Defendant. ) | | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, CHRISTOPHER LOCKHART, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:  /s/ Peter Cozmyk
    Peter Cozmyk,
    Attorney for Plaintiff
    Ohio Registration No. 0078862
    Krohn & Moss, Ltd.
    3 Summit Park Drive
    Suite 140
    Independence, Ohio 44131
    phone: (323) 988-2400 x. 213
    fax: (866) 425-3459
    e-mail: pcozmyk@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2010, I served Jesse R. Lipcius, Attorney for Defendant, 600 Vine Street, Suite 2800, Cincinnati, OH 45202, jlipcius@ulmer.com with a copy of this document via ELECTRONIC MAIL.

By:  /s/ Peter Cozmyk
    Peter Cozmyk,
    Attorney for Plaintiff