**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION- COLUMBUS**

| | |
|---|---|
| CHRISTOPHER LOCKHART )<br>108 Leisure Drive )<br>Pickerington, OH 43147 )<br> )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>VITAL RECOVERY SERVICES, INC. )<br>3795 Data Drive Suite 200 )<br>Norcross, GA 30092 )<br> )<br>    Defendant. ) | No. 10-cv-00659<br><br>**ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

_____
Michael H. Watson, Judge
United States District Court